1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK MICHAEL NEILL | Case No. 1:22-cv-01010-SAB (PC) |
| Plaintiff, | ORDER TO SUBMIT A **NON-PRISONER** APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE $402.00 FILING FEE |
| v. | |
| DEPT. OF STATE HOSPITALS, et al., | |
| Defendants. | |

Plaintiff Dexter Lawrence Griffin ("Plaintiff") is a civil detainee appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

Plaintiff has neither paid the $402.00 filing fee nor submitted an application to proceed *in forma pauperis* on the appropriate form pursuant to 28 U.S.C. § 1915. While Plaintiff did submit a motion for leave to proceed *in forma pauperis* with his complaint, the application is the one used by a prisoner. (ECF No. 2.)

Accordingly, IT IS HEREBY ORDERED that:

1.      The Clerk's Office shall send to Plaintiff the attached application to proceed *in forma pauperis* for a non-prisoner;

1

2.  Within **forty-five (45) days** of the date of service of this order, Plaintiff shall submit the completed and signed application to proceed *in forma pauperis* for a **non-prisoner**, or in the alternative, pay the $402.00 filing fee for this action; and

3.  **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:  __**August 15, 2022**__                    _____

                                                           UNITED STATES MAGISTRATE JUDGE