# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK M. NEILL,<br><br>  Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF STATE HOSPITALS, et al.,<br><br>  Defendants. | Case No. 1:22-cv-01010-SAB (PC)<br><br>ORDER DENYING, WITHOUT PREJUDICE, PLAINTIFF'S MOTION TO INCREASE THE NUMBER OF INTERROGATORIES<br><br>(ECF No. 23) |

Plaintiff Patrick M. Neill is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to increase the number of interrogatories, filed June 2, 2023.

Federal Rule 33(a)(1) states that "[u]nless otherwise stipulated or ordered by the court, a party may serve on any other party no more than 25 written interrogatories, including all discrete subparts. Leave to serve additional interrogatories may be granted to the extent consistent with Rule 26(b)(1) and (2)."

Discovery in this action opened on May 3, 2023, and expires on January 3, 2024.  (ECF No. 22.)  In the present motion, Plaintiff seeks leave to increase the number of interrogatories from 25 to 35 for each individual Defendant.  Plaintiff submits that "[t]his amount is necessary because of the fact there are more than one defendant and because of the complexities of the case."  (ECF No. 23.)  The simple fact that there are multiple Defendants in this action does not

1

justify exceeding the otherwise presumptive limit on interrogatories here. Nor do other considerations make such an order warranted here. Indeed, Plaintiff may serve 25 interrogatories as to each party Defendant. Fed. R. Civ. P. 33(a)(1). In addition, Plaintiff has failed to support his assertion that the issues in this case are complex and without further development of issues the Court cannot make such a finding based on the current record. Accordingly, Plaintiff's motion to increase the number of interrogatories is denied, without prejudice.

IT IS SO ORDERED.

Dated:   **June 6, 2023**

UNITED STATES MAGISTRATE JUDGE