# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK M. NEILL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF STATE HOSPITALS, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-01010-SAB (PC)<br><br>ORDER TERMINATING ACTION PURSUANT TO PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL, WITHOUT PREJUDICE<br><br>(ECF No. 25) |

Plaintiff Patrick M. Neill is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On March 5, 2024, the parties filed a stipulation for voluntary dismissal, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (ECF No. 25.)

Based on the parties' stipulation, it is HEREBY ORDERED that the instant action is dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own litigation costs and attorney's fees.

IT IS SO ORDERED.

Dated:   **March 6, 2024**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1